IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00138 |
| ) | |
| JIM FAULEY ) | |

## ORDER

On October 10, 2012, defendant Jim Fauley appeared with counsel, Charles Buckholts, Esq., and also came the Assistant U.S. Attorney, for a hearing on the Government's motion for detention. By and through counsel, defendant again moved for a continuation of the detention hearing beyond the five-day statutory limitation, 18 U.S.C. § 3142(f)(2), inasmuch as counsel and the Government needed further time to review information from the proceedings in Oregon.[1] For good cause shown, defendant's motion was granted. The defendant's motion to continue, Docket Entry No. 14, was granted. It is therefore

ORDERED that the detention hearing is CONTINUED to **9:30 a.m., Friday, October 19, 2012**, in Courtroom No. 764, U.S. Courthouse, 801 Broadway, Nashville. Pending this hearing the defendant shall be held in custody by the United States Marshal and produced for the hearing.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] If, after reviewing the information from the District of Oregon, counsel agree that defendant is not entitled to a hearing in this District, defendant's remedy will be an appeal of the decision of the Oregon magistrate judge to Judge Sharp. In the event an appeal is filed, the hearing scheduled on October 19, 2012, will be cancelled.