TᲙꙖ꙰ÞꙘÜŒꙮVÒÖ

*Kevin H. Sharp*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO.  3:12-00138 |
| | ) | Judge Sharp |
| JIM FAULEY | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and

moves the Court to substitute Assistant United States Attorney (AUSA) Harold B. McDonough for

AUSA Alex Little.

Respectfully submitted,

DAVID A. RIVERA
Acting United States Attorney

By: *s/ Harold B. McDonough*
   Harold B. McDonough
   Assistant U. S. Attorney
   110 9th Avenue South - Suite A-961
   Nashville, Tennessee 37203-3870

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Charles D. Buckholts
2400 Crestmoore Road
Nashville, TN 37215

s/ Harold B. McDonough
HAROLD B. MCDONOUGH
Assistant United States Attorney