

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | NO. 3:12-00138 |
| | ) | |
| JIM FAULEY | ) | |

## JOINT MOTION FOR RELEASE OF PRESENTENCE REPORT

The Defendant, Jim Fauley, and the United States of America by and through their respective counsel, hereby request entry of an order directing the United States Probation Office to release a presentence report for a previous federal conviction in their custody and control to the undersigned attorney and Assistant U.S. Attorney, Hal McDonough for the purpose of preparing for the Defendant's pending sentencing hearing. This report has been acquired by U.S. Probation Officer Liberty Lander and has been utilized and/or considered in the preparation of the pending presentence report. Counsel for both parties will maintain the privacy of this document, and if required, will return all copies to the U.S. Probation office upon termination of the proceedings.

Respectfully submitted this 3rd day of December, 2013.

s/ Charles D. Buckholts
Charles D. Buckholts, BPR #019318
Attorney for Defendant
2400 Crestmoor Rd.
Nashville, TN 37215
(615) 386-7118
chuck@buckholtslaw.com

s/ Hal B. McDonough, Jr. Signed By Charles D. Buckholts with permission
Office of the United States Attorney
110 Ninth Avenue, South, Suite A961
Nashville, TN 37203
(615) 736-5151